B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida, Tampa Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Teltronics, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-2937938** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2511 Corporate Way**<br>**Palmetto, FL**<br>ZIP Code **34221-8478** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Manatee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)  Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Teltronics, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>*(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Teltronics, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *Charles A. Postler* (signed) <br> Signature of Attorney for Debtor(s) <br><br> Charles A. Postler, Bar No. 455318 <br> Printed Name of Attorney for Debtor(s) <br><br> Stichter, Riedel, Blain & Prosser, P.A. <br> Firm Name <br><br> 110 E. Madison St. <br> Suite 200 <br> Tampa, FL 33602 <br> Address <br><br> (813) 229-0144  Fax: (813) 229-1811 <br> Telephone Number <br><br> 6/24/11 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X (signed) <br> Signature of Authorized Individual <br><br> Ewen R. Cameron <br> Printed Name of Authorized Individual <br><br> President <br> Title of Authorized Individual <br><br> 6/24/11 <br> Date | |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **Teltronics, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **0-17893**.

2. The following financial data is the latest available information and refers to the debtor's condition on **9/30/2010**.

   a. Total assets  $ **10,254,000.00**

   b. Total debts (including debts listed in 2.c., below)  $ **19,137,000.00**

   c. Debt securities held by more than 500 holders:

| | | | Approximate number of holders: |
|---|---|---|---|
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock   205,250   4

   e. Number of shares common stock   8,730,539   2,000

   Comments, if any:

3. Brief description of Debtor's business:  
   **Provides telecommunications equipment, converged communications platforms and software solutions to customers worldwide**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  
   **Norman Dobiesz - 17.15%**

1979 Marcus Avenue Associates, LLC
Attn: Bruce Beswiak, Member
301 Route 17 North, 9th Floor
Rutherford, NJ 07070

1979 Marcus Avenue Associates, LLC
c/o Richard Cohn, Esq.
20 Brace Rd., 4th Floor
Cherry Hill, NJ 08034

360 TRAINING.COM
13801 BURNET ROAD #100
AUSTIN, TX 78727

55 Broadway, LLC
c/o Broad Street Development, LLC
Attn: Raymond Chalme, Member
61 Broadway Ave.
New York, NY 10006

A.M. COFFEE SERVCE
P O BOX 801158
ACWORTH, GA 30101-1158

AB EXAKTAFJADRAR
DELHEMSVAGEN 30
141 24 HUDDINGE
SWEDEN,

ACCU-TECH CORPORATION
1495 HEMBREE ROAD, SUITE 100
ROSWELL, GA 30076

ACTIVE SALES ASSOC, INC
7411 114TH AVE. NORTH ST 313
LARGO, FL 33773-5127

ADP, INC
P O BOX 9001006
LOUISVILLE, KY 40290-1006

ADT SECURITY SERVICES
P O BOX 371967
PITTSBURGH, PA 15250-7967

ADVANCED DESIGN SERVICES
100 RIALTO PLACE
SUITE 610
MELBOURNE, FL 32901-3074

ADVANTEK INTERNATIONAL, INC.
1983 MARCUS AVENUE SUITE 206
LAKE SUCCESS, NY 11042-1016

AIR COMFORT SERVICES, LLC
2360 WHITFIELD PARK AVENUE
SARASOTA, FL 34243-4084

AIR ENGINEERING,INC.
6040 W. EXECUTIVE DRIVE,STE K
MEQUON, WI 53092

All American
P.O. Box 673895
Detroit, MI 48267

ALLIANT TECH SYSTEMS
13133 34TH ST NO
CLEARWATER, FL 33762-4259

ALPHA TECHNOLOGIES LTD
7700 RIVERFRONT GATE
BURNABY, B.C.  V5J 5M4
CANADA,

ALUMINUM INJECTION MOLD CO, LLC
240 BURROWS STREET
ROCHESTER, NY 14606

AMERICA II ELEC. INC.
P.O. BOX 21355
ST. PETERSBURG, FL 33742-1355

AMERICAS OFFICE SOURCE
706 TURNBULL AVENUE, SUITE 305
ALTAMONTE SPRINGS, FL 32701

ANIXTER, INC.
P. O. BOX 847428
DALLAS, TX 75284-7428

ANSERFONE OF NORTH GA
930 INTERSTATE RIDGE DR, #F
GAINESVILLE, GA 30501-7078

APEM COMPONENTS LLC
63 NECK ROAD
HAVERHILL, MA 01835-0788

AQ PLASTIC AB
REGATTAGATAN 21
SE 72348
VASTERAS SWEDEN,

AROMA COFFEE SERVICE
2168 ANDREA LANE
FORT MYERS, FL 33912

ARROW ELECTRONICS
P O BOX 951597
DALLAS, TX 75395-1597

ASSEMBLY FASTENERS, INC.
255 SEMORAN COMMERCE PL.
SUITE 101
APOPKA, FL 32703-5621

ASSOCIATED SERVICES CO.
553 MARTIN AVE. #2
ROHNERT PARK, CA 94928-2091

ATLANTIC SEMICONDUCTOR
380 BOSTON STREET
TOPSFIELD, MA 01983

AVNET EMG
P O BOX 847722
DALLAS, TX 75284-7722

| | | |
|---|---|---|
| BACKFLOW<br>DIV OF SYS GROUP, INC<br>4803 34TH STREET WEST<br>BRADENTON, FL 34210 | BBF PRINTING SOLUTIONS<br>10950 BELCHER ROAD<br>LARGO, FL 33777 | BGA TECHNOLOGY,INC.<br>116 WILBUR PLACE<br>BOHEMIA, NY 11716 |
| BLAIR & ROACH<br>2645 SHERIDAN DRIVE<br>TONAWANDA, NY 14150-9415 | Bono, Richard S<br>26 Dorset Ct<br>Bordentown, NJ 08505 | BRIGHT FUTURE ELECTRIC, LLC.<br>630 KISSIMMEE AVENUE<br>OCOEE, FL 34761 |
| Bryan, Darrell L<br>2040 Seagirt Blvd Apt 6A<br>Far Rockaway, NY 11691 | BURLINGTON BATTERY CORP.<br>37 KANES LANE<br>UNIT C<br>MIDDLETOWN, NJ 07748-3501 | Caccia, Anthony F<br>4 Oxford Rd<br>Manalapan, NJ 07726 |
| Calantropio, Rocco<br>149 Washington Ave<br>South Amboy, NJ 08879 | California Department of Revenue<br>Board of Equalizaton<br>Sacramento, CA 95827 | California Franchise Tax Board<br>Sacramento, CA 95827 |
| California Secretary of State<br>1500 11th Street, 2nd and 3rd Floors<br>Sacramento, CA 95814 | Cappella, Frank<br>7525 64th St<br>Ridgewood, NY 11385 | CBIZ Kirkland, Russ, Murphy & Tapp<br>13577 Feather Sound Dr, #400<br>Clearwater, FL 33762 |
| CCH INCORPORATED<br>PO BOX 4307<br>CAROL STREAM, IL 60197-4307 | CENTER PRINTING<br>6225 21ST STREET EAST<br>SUITE D<br>BRADENTON, FL 34203-5069 | Cenzuales, Giovanni<br>448 Briar Ln<br>Wantagh, NY 11793 |
| CHAMPION LOCKSMITH<br>19-02 WHITESTONE EXP<br>SUITE 103<br>WHITESTONE NY, 11357, NY 11357 | Chan, Raymond Yun<br>3165 138th St Apt 4K<br>Flushing, NY 11354 | CIGNA BEHAVIORAL HEALTH, INC.<br>P O BOX 1450 NW7307<br>MINNEAPOLIS, MN 55485-1450 |
| CINTAS<br>PO BOX 630910<br>CINCINNATI, OH 45263-0910 | Citrix Online, LLC<br>7414 Hollister Ave.<br>Goleta, CA 93117 | COASTAL WIPERS<br>6803 PARKE EAST BLVD.<br>TAMPA, FL 33610-4142 |
| Cole-Palmer<br>625 E. Bunker Ct.<br>Vernon Hills, IL 60061-1844 | COMBI-TAM<br>PO BOX 636467<br>CINCINNATI, OH 45263-6467 | COMMUNICATIONS SUPPLY CORP.<br>3462 SOLUTION CENTER DR.<br>CHICAGO, IL 60677-0001 |
| Computershare Investor Services<br>P.O. Box 43078<br>Providence, RI 02940 | CONCUR TECHNOLOGIES, INC.<br>18400 NE UNION HILL ROAD<br>REDMOND, WA 98052 | Condia, Martha<br>153 Sequoia Dr<br>Coram, NY 11727 |

| | | |
|---|---|---|
| COOPER NOTIFICATION<br>7565 COMMERCE CT.<br>SARASOTA, FL 34243-3218 | COSMOTRONIC<br>16721 NOYES AVENUE<br>IRVINE, CA 92606 | Costa, Sebastian<br>520 Calabria Avenue SE<br>Palm Bay, FL 32909 |
| D&B<br>P O BOX 75434<br>CHICAGO, IL 60675-5434 | DART COMMMUNICATIONS<br>421 BROAD STREET,SUITE 9<br>UTICA, NY 13501 | DATACOMM CONSULTING GROUP<br>1276 CASTLETON AVE<br>STATEN ISLAND, NY 10301-1718 |
| DECIMAL ENGINEERING<br>2640 N POWERLINE ROAD<br>POMPANO BEACH, FL 33069 | DEER PARK SPRING WATER CO.<br>P O BOX 856192<br>LOUISVILLE, KY 40285-6192 | Delaware Division of Corporations<br>John G. Townsend Bldg.<br>401 Federal Street, Suite 4<br>Dover, DE 19901 |
| DELCO ELECTRICAL CORP.<br>766 5TH AVENUE<br>BROOKLYN, NY 11232-1619 | DELL COMPUTER CORP<br>PO BOX 534118<br>ATLANTA, GA 30353-4118 | Desanctis, Christopher<br>15941 92nd St<br>Howard Beach<br>New York, NY 11414 |
| DEX IMAGING INC.<br>5109 W. LEMON STREET<br>TAMPA, FL 33609 | DHL Express<br>16592 Collection Center Dr.<br>Chicago, IL 60693 | DIGI-KEY<br>P.O. BOX 250<br>THIEF RIVER FALLS, MN 56701-0250 |
| Dwyer, David<br>2183 Elderberry Drive<br>Westbury, NY 11590 | E/T TECHNOLOGIES, INC.<br>1111 WEST MCNAB ROAD<br>POMPANO BEACH, FL 33069-4720 | EAGLE RECOGNITION<br>A DIVISION OF CARAS, LLC<br>2706 MOUNTAIN INDUST BLVD #300<br>TUCKER, GA 30084-3016 |
| Easylink Services Corporation<br>6025 The Corners Parkway, #100<br>Norcross, GA 30092 | Electronic Fasteners, Inc.<br>277 Power Ct.<br>Sanford, FL 32771 | ELECTRONIC PROTECTION SYS<br>5909 21ST STREET EAST<br>BRADENTON, FL 34203-5066 |
| EMA DESIGN AUTOMATION<br>P O BOX 23325<br>ROCHESTER, NY 14692-3325 | ENVIROLIGHT & DISPOSAL, INC.<br>PO BOX 26047<br>TAMPA, FL 33623-6047 | EPSTEIN BECKER & GREEN, P.C.<br>250 PARK AVE<br>NEW YORK, NY 10177-1211 |
| ESNA TECHNOLOGIES, INC.<br>30 WEST BEAVER CREEK RD, #101<br>RICHMOND HILL ON L4B 3K1<br>CANADA, | EXACT, INC<br>PO BOX 61087<br>JACKSONVILLE, FL 32236-1087 | EXPERTEL COMMUNICATIONS, LTD<br>19915 23rd AVENUE<br>WHITESTONE, NY 11357-4123 |
| Farnham, Mark<br>321 S Broome Ave<br>Lindenhurst, NY 11757 | Faucette, Steven O<br>2720 Bronx Park E. Apt. #H52<br>Bronx, NY 10467 | FED EX<br>P O BOX 94515<br>PALATINE, IL 60094-4515 |

Ferguson, Damion  
1227 Malabar Lake Drive  
Palm Bay, FL 32905

FGC HOLDING LIMITED  
4850 KEELE ST., 1ST FLOOR  
TORONTO ON   M3J 3K1  
CANADA,

FILMCO  
PO BOX 7711  
SEBRING, FL 33875

FINELINE CIRCUITS & TECHNOLOGY  
594 APOLLO STREET  
BREA, CA 92821-3134

FLEXIBLE CORPORATE PLANS, INC.  
PO BOX 381717  
BIRMIMGHAM, AL 35238-1717

FLORIDA CIRCUIT  
1669 NW 144 TERRACE #211  
SUNRISE, FL 33323

Florida Department of Revenue  
5050 W. Tennessee St.  
Tallahassee, FL 32399

Florida Department of State  
R.A. Gray Building  
500 South Bronough Street  
Tallahassee, FL 32399-0250

FLORIDA PENSION CONSULTANTS  
PO BOX 262139  
TAMPA, FL 33685

FLORIDA POWER & LIGHT  
GENERAL MAIL FACILITY  
MIAMI, FL 33188-0001

FRAZIER SERVICE COMPANY  
3286 BUCKEYE RD,SUITE 101  
ATLANTA, GA 30341

FUSES UNLIMITED  
9248 ETON AVENUE  
CHATSWORTH, CA 91311-5807

GARCIA & ORTIZ, P.A.  
P.O. BOX 20929  
ST. PETERSBURG, FL 33742

GATELETS  
461 2ND STREET #102  
SAN FRANCISCO, CA 94107

GC DIPLAYS, INC.  
4681 107TH CIRCLE NORTH  
CLEARWATER, FL 33762

GE Fanuc Intelligent Platforms  
12090 S. Memorial Pkwy.  
Huntsville, AL 35803

GENERAL ELEVATOR SALES SVC  
P O BOX 550607  
TAMPA, FL 33655-0607

Georgeson, Inc.  
199 Water St., 26th Floor  
New York, NY 10038

Georgia Department of Revenue  
1800 Century Blvd. NE  
Atlanta, GA 30345-3205

Georgia Secretary of State  
Corporation Division  
315 West Tower  
#2 Martin Luther King, Jr. Dr.  
Atlanta, GA 30334-1530

GHT CO. LTD  
16 NANYUNYI LU  
GUANGZHOU SCIENCE CITY  
CHINA,   00051-0663

GLOBAL SOFTWARE, INC.  
3200 ATLANTIC AVE., #200  
RALEIGH, NC 27604-1699

GLOBAL SOLUTIONS ELECTRONICS  
15675 MCGREGOR BLVD  
UNIT 23A  
FT. MYERS, FL 33908-2500

Gluck, Robert C  
4 Helen St  
Centereach, NY 11720

GM DATA COMMUNICATIONS INC  
48 WOODBINE COURT  
FLORAL PARK, NY 11001-2718

Golden, Vincent Michael  
8501 16th Ave  
Brooklyn, NY 11214

Graybar Electric Company, Inc.  
c/o Jill Levi, Esq.  
444 Madison Ave., #1202  
New York, NY 10022

Graybar Electric Company, Inc.  
P O Box 414396  
Boston, MA 02241-4396

GREGORY G. BARR  
9 E BRAMAN CT  
FORT MYERS, FL 33901-6711

Gregory, Elvis Garfield  
11603 223rd St  
Cambria Heights, NY 11411

| | | |
|---|---|---|
| Guardino, James<br>6437 Cooper Ave<br>Glendale, NY 11385 | Gulfcoast Property No. 1, LLC<br>Attn: Hugh Miller, Member<br>1200 1st Ave. W., #200<br>Bradenton, FL 34205 | Heffernan, Joseph<br>116 Merlin Rd<br>Greeley, PA 18425 |
| HENKEL CORPORATION<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | Hernandez, Compton A.<br>1645 Grand Ave Apt 4EN<br>Bronx, NY 10453 | HIGHER GROUND<br>21201 VICTORY BLVD., #105<br>CANOGA PARK, CA 91303-4056 |
| HISCO INC.<br>P.O. BOX 844775<br>DALLAS, TX 75284-4775 | Hoovers, Inc.<br>5800 Airport Blvd.<br>Austin, TX 78752 | Huntington Atrium Communications<br>775 Park Ave., #225<br>Huntington, NY 11743-7538 |
| Huntington Atrium Development, LLC<br>Attn: Brian Acworth<br>775 Park Ave., #255<br>Huntington, NY 11743-7538 | I-NET APPLICATIONS LTD<br>VALEHOUSE, 100 VALE ROAD<br>WINDSOR BERKSHIRE   SL4 5JL<br>UNITED KINGDOM | IES COMMERCIAL<br>PO BOX 24036<br>TEMPE, AZ 85285 |
| Igoe, Vincent Francis<br>1384 Richmond Ct<br>East Meadow, NY 11554 | IIS GROUP,LLC.<br>1017 W.9TH AVE.,SUITE A<br>KING OF PRUSSIA, PA 19406 | Illinois Department of Revenue<br>Springfield, IL 62736-0001 |
| IMS<br>50 SCHOOLHOUSE LANE<br>PORTSMOUTH, RI 02871-2435 | INFOR GLOBAL SOLUTIONS<br>NW 5421<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5421 | INNOVATIVE CIRCUITS INC<br>1095 WINDWARD RIDGE PKWY<br>SUITE 110<br>ALPHARETTA, GA 30005-1728 |
| INSIGHT DIRECT USA<br>PO BOX 731069<br>DALLAS, TX 75373-1069 | INTEGRA TELECOM, INC.<br>1201 NE Lloyd Blvd., #500<br>Portland, OR 97232-1259 | INTELLIGENT ACCESS SYSTEMS<br>284 HEIN DRIVE<br>GARNER, NC 27529 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Department of The Treasury<br>Internal Revenue Service Center<br>Ogden, UT 84201-0012 | International Limo, Inc.<br>2511 Corporate Way<br>Palmetto, FL 34221 |
| Jabrane, Antonino<br>73 Adirondack Dr<br>Selden, NY 11784 | Jabrane, Majid James<br>172 Avondale Dr<br>Centereach, NY 11720 | JAM LIGHTING DIST., INC<br>4100 N POWERLINE ROAD<br>SUITE 0-5<br>POMPANO BEACH, FL 33073-3083 |
| JENNIFER KREISEL<br>5305 BIMINI DRIVE<br>BRADENTON, FL 34210 | KEYSTONE COMMUNICATIONS, INC.<br>36-29 MAIN STREET, 3RD FLOOR<br>FLUSHING, NY 11354 | KING TECHNOLOGIES (APC DIV)<br>P.O. BOX 408<br>TRENTON, TN 38382-0408 |

KINGLEY RUBBER (CHANGSHU) CO
NO 3 YUFU ROAD
FANGBANG IND OARJ XIEQIAO
CHANGSHU CITY, JIANGSU
CHINA,

Konica Minolta Business Solutions
4388 Collections Center Dr.
Chicago, IL 60693

Krass, Gary Charles
113 Cushing Ave
Williston Park, NY 11596

LABOR READY
PO BOX 740435
ATLANTA, GA 30374-0435

Landaverde, Oscar S.
8904 209th St Apt 2
Queens Village, NY 11427

LAUBE TECHNOLOGY
PO BOX 6079
CAMARILLO, CA 93011-6079

Lawes, Dwight S.
67 Tyrconnell St
Amityville, NY 11701

LEWIS & CLARK, INC.
131 BURKE STREET
NASHUA, NH 03060-4769

LEXISNEXIS
P O BOX 894166
LOS ANGELES, CA 90189-4166

Lies, Karen A
1722 Purdy St
Apt 4H
Bronx, NY 10462

LIGHT IN MOTION
4168 HOLLY DRIVE
SAN JOSE, CA 95127

LINEAR EXPRESS
720 SYCAMORE DRIVE
MILPITAS, CA 95035-7406

Lostumbo, Julie
6942 Myrtle Ave
Glendale, NY 11385

MAC PAPERS
8610 EAST SLIGH AVENUE
TAMPA, FL 33610

MAIL FINANCE
PO BOX 45850
SAN FRANCISCO, CA 94145-0850

Maltese, Nicolo
74-11 Caldwell Ave
Elmhurst, NY 11373

Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34206

MANATEE COUNTY UTILITY DEPT.
P.O. BOX 25350
BRADENTON, FL 34206-5350

Martano, Dario F
7610 Narrows Ave
Brooklyn, NY 11209

Massachusettes Department of Revenue
200 Arlington Street
Chelsea, MA 02150

Mathias, Jean P
25116 Weller Ave
Rosedale, NY 11422

MAXIM / DALLAS DIRECT
12 San Gabriel Dr.
Sunnyvale, CA 94086

McDonald, Eroll A
14214 Sutter Ave
Jamaica, NY 11436

MCI
PO BOX 73871
CHICAGO, IL 60673-7871

MCI
P.O. BOX 371322
PITTSBURGH, PA 15250-7322

MCI
P O BOX 371355
Y2338799
PITTSBURGH, PA 15250-7355

MCMASTER-CARR
P.O. BOX 7690
CHICAGO, IL 60680-7690

Mears Motor Leasing
Attn: James C. Hartman, V.P.
3905 El Rey Rd.
Orlando, FL 32808

Medina, Samuel
1155 Pennsylvania Ave 8A
Brooklyn, NY 11239

Memphis Road Industrial Park, LLC
Attn: Steve Solomon, Member
2083 58th Ave. Circle E.
Bradenton, FL 34203

| | | |
|---|---|---|
| Michigan Department of Treasury<br>Lansing, MI 48922 | MICROSEMI CORP-MASSACHUSETTS<br>6 LAKE STREET<br>LAWRENCE, MA 01841-3032 | Minnesota Department of Revenue<br>600 North Robert Street<br>St. Paul, MN 55101 |
| MODULAR MAILING SYSTEMS, INC.<br>4913 WEST LAUREL STREET<br>TAMPA, FL 33607-3811 | Montalbano, Joseph A<br>5911 68th Ave<br>Ridgewood, NY 11385 | Montanez, Loretane<br>40 Kuhl Ave<br>Hicksville, NY 11801 |
| MOUSER ELECTRONICS, INC<br>PO BOX 99319<br>FORT WORTH, TX 76199-0319 | MSC INDUSTRIAL SUPPLY<br>DEPT CH 0075<br>PALATINE, IL 60055-0001 | MTI WORLDWIDE LOGISTICS<br>16040 CHRISTENSEN ROAD<br>SUITE 320<br>SEATTLE, WA 98188-2928 |
| Municipal Gas Authority of Georgia<br>Attn: Arthur Corbin, President<br>104 Town Park Dr.<br>Kennesaw, GA 30144 | MUTUAL OF OMAHA - LIFE INS<br>P O BOX 743102<br>POLICYOWNER SERVICES<br>CINCINNATI, OH 45274-3102 | Nardone, Ronald<br>9323 Shore Road<br>Apt 5F<br>Brooklyn, NY 11209 |
| NATIONWIDE INFORMATION SVC<br>P.O. BOX 679<br>ALBANY, NY 12201-0679 | NETFACTOR<br>5445 DTC PARKWAY<br>SUITE 1050<br>GREENWOOD VILLAGE, CO 80111 | NETWORK<br>PO BOX 905419<br>CHARLOTTE, NC 28290-5419 |
| New Jersey Department of Treasury<br>Division of Revenue<br>605 South Broad St.<br>Trenton, NJ 08611 | New Jersey Division of Taxation<br>Corporation Tax | New York City Dept. of Education<br>32 West 92nd St.<br>New York, NY 10025 |
| New York City Dept. of Finance<br>345 Adams St.<br>Brooklyn, NY 11201 | New York City Dept. of Finance<br>Correspondence Unit<br>One Centre Street, 22nd Floor<br>New York, NY 10007 | New York Corporation Tax<br>Binghamton, NY 13902-4136 |
| New York Department of Finance<br>State Processing Center<br>431 C Broadway<br>Albany, NY 12204-4836 | New York Department of State<br>Division of Corporations<br>One Commerce Plaza<br>99 Washington Avenue<br>Albany, NY 12231-0001 | NEWARK INONE<br>PO BOX 94151<br>PALATINE, IL 60094-4151 |
| NEWGENERATION SOFTWARE INC.<br>3835 N. FREEWAY BLVD<br>SUITE 200<br>SACRAMENTO, CA 95834-1954 | NIMSOFT INC<br>1919 S. BASCOM AVE<br>SUITE 600<br>CAMPBELL, CA 95008 | OFFICE DEPOT<br>PO BOX 70025<br>LOS ANGELES, CA 90074-0025 |
| ONECO FLORIST<br>5012 15TH STREET EAST #5<br>BRADENTON, FL 34203-4856 | Ortega, Luis<br>Rr 1 Box 1127B<br>204 Bromley Rd<br>Henryville, PA 18332 | Osorio, Nelson<br>7812 67th Rd<br>Middle Village, NY 11379 |

| | | |
|---|---|---|
| PCC SALES<br>dba PC CONNECTION<br>PO BOX 382808<br>PITTSBURGH, PA 15250-8808 | PEAK TECHNOLOGIES, INC.<br>PO BOX 8500 (S-4955)<br>PHILADELPHIA, PA 19178-8500 | PHOENIX CONTACT USA, INC.<br>586 FULLING MILL ROAD<br>MIDDLETOWN, PA 17057 |
| PHOTO ETCH TECHNOLOGY<br>71 WILLIE STREET<br>LOWELL, MA 01854-4125 | PILOT AIR FREIGHT<br>PO BOX 122540<br>DEPT 2540<br>DALLAS, TX 75312-2540 | Pitney Bowes Global Finance Svc, LLC<br>P.O. Box 371887<br>Pittsburgh, PA 15250 |
| PLASTIMOLD PRODUCTS, INC<br>250 N. CONGRESS AVE<br>DELRAY BEACH, FL 33445-3415 | Portillo, Edward Steven<br>16 N Broadway Apt 2N<br>White Plains, NY 10601 | POWELL ELECTRONICS INC<br>200 COMMODORE DRIVE<br>LOGAN TOWNSHIP, NJ 08085-1270 |
| POWER CLINIC, INC.<br>12901 NICHOLSON ROAD<br>SUITE 200<br>DALLAS, TX 75234-9200 | POWER SOURCES UNLIMITED INC<br>200 STONEWALL BLVD, #4<br>WRENTHAM, MA 02093-2210 | PR NEWSWIRE<br>GPO BOX 5897<br>NEW YORK, NY 10087-5897 |
| PRECISION ELECTRONICS CORP<br>70 BARTOR ROAD<br>TORONTO, ON  M9M 2G5<br>CANADA, | ProData Computer Services, Inc.<br>2809 S. 160th St., #401<br>Omaha, NE 68130 | PRODUCT SAFETY ENGINEERING<br>12955 BELLAMY BROTHERS BLVD<br>DADE CITY, FL 33525-7908 |
| PROMPTUS COMMUNICATIONS<br>207 HIGHPOINT AVENUE<br>PORTSMOUTH, RI 02871 | PULSE TRONIC CONNECTORS, INC.<br>113 NW 43RD ST<br>BOCA RATON, FL 33431-4254 | PURIFICATION TECHNOLOGIES, INC<br>10325 WINDHORST ROAD<br>Tampa, FL 33619 |
| Rambally, Tariq H<br>10541 189th St<br>Saint Albans, NY 11412 | RAMEX, INC.<br>P O Box 560117<br>LINDEN HILL, NY 11356-0117 | RAPID PRODUCT SOLUTIONS<br>2240 CELSIUS AVE #D<br>OXNARD, CA 93030-8015 |
| RAVE COMPUTER ASSOCIATION<br>7171 STERLING PONDS CT<br>STERLING HEIGHTS, MI 48312-1014 | RICHARD STEVENS<br>19314 WIND DANCER STREET<br>LUTZ, FL 33558-9054 | RNM Lakeville, L.P.<br>c/o RNM Properties<br>Attn: Paul Elmore<br>135 Main St., #1140<br>San Francisco, CA 94105-1815 |
| RODGERS BROS. SERVICES, INC.<br>1731 CLEARWATER-LARGO ROAD<br>CLEARWATER, FL 33756 | SA-SO ACQUISITION CORP<br>930 W. NORTH CARRIER WAY<br>GRAND PRAIRIE, TX 75050 | SAFE TECH<br>P O BOX 45<br>GLENWOOD, NJ 07418-0045 |
| SAGE SOFTWARE<br>PO Box 404927<br>ATLANTA, GA 30384-4927 | SALESFORCE.COM, INC.<br>P.O. BOX 842569<br>BOSTON, MA 02284-2569 | SARAMANA<br>1618 BARBER RD<br>SARASOTA, FL 34240 |

| | | |
|---|---|---|
| SAT UTILITY CONTRACTING LLC<br>7318 69 PLACE<br>GLENDALE, NY 11385 | Schiro, Calogero<br>6914 66th Pl<br>Glendale, NY 11385 | Scurto, Franceso<br>52 Downhill Ln<br>Wantagh, NY 11793 |
| SECURE ENVIROMENTAL<br>6902 7TH AVENUE EAST<br>TAMPA, FL 33619-3378 | SERVTRONICS, INC.<br>7200 SANDS COVE COURT<br>WINTER PARK, FL 32792-6908 | SFI, INC<br>1730 N FORSYTH ROAD<br>ORLANDO, FL 32807 |
| Shareef, Syed<br>30 Edgefield Drive<br>Morris Plains, NJ 07950 | SHRED QUICK INC<br>8374 MARKET STREET<br>BRADENTON, FL 34202 | SIMCHEM<br>P.O. BOX 697<br>OSPREY, FL 34229-0697 |
| Singh, Anil J<br>4733 39th Pl<br>Sunnyside, NY 11104 | Singh, Deodat<br>13535 127th St<br>South Ozone Park, NY 11420 | SJN CONSULTING, INC<br>3436 W 11520 S<br>SOUTH JORDAN, UT 84095-8157 |
| Skyboard International Limited<br>ROONM 306 BLDG 12, LU ING RD<br>SHI DAI GANG DONG<br>GUANG ZHOU 510090<br>PR CHINA, | Smalls, Robert Jones<br>39-21 57th St.<br>Woodside, NY 11377 | SMT CORPORATION<br>14 HIGH BRIDGE ROAD<br>SANDY HOOK, CT 06482 |
| SOURCE GEAR (CDESG, LLC)<br>115 N. NEIL, SUITE 408<br>CHAMPAIGN, IL 61820 | South Carolina Department of Revenue<br>Corporation Tax<br>Columbia, SC 29214 | South Carolina Secretary of State<br>1205 Pendleton Street, Suite 525<br>Columbia, SC 29201 |
| SPIRAL BINDING COMPANY INC.<br>ONE MALTESE DRIVE<br>PO BOX 286<br>TOTOWA, NJ 07512-1402 | SPRINT NEXTEL<br>LEGAL DEPARTMENT<br>P.O. BOX 4600<br>Reston, VA 20195 | ST. PETE PAPER COMPANY<br>12995 AUTOMOBILE BLVD.<br># 600<br>CLEARWATER, FL 33762 |
| Standard & Poor's Corp.<br>Division of McGraw-Hill<br>55 Water St.<br>New York, NY 10041-0016 | STANDARD REFRIGERATORS, INC.<br>45-02 37TH AVENUE<br>LONG ISLAND CITY, NY 11101 | STAPLES ADVANTAGE<br>P O BOX 405386<br>ATLANTA, GA 30384 |
| STARCOM COMM SERVICES, INC.<br>41 CENTRAL DRIVE<br>FARMINGDALE, NY 11735 | STI ELECTRONICS, INC.<br>261 PALMER RD.<br>MADISON, AL 35758-1727 | STONE MOUNTAIN TOOL, INC.<br>480 GEES MILL BUSINESS CORP.<br>CONYERS, GA 30013-1569 |
| SUNTSU FREQUENCY CONTROL<br>2 SOUTH POINT DR,SUITE 195<br>LAKE FOREST, CA 92630 | SUPPLY LINE DISTRIBUTORS, INC<br>3442 TAMPA ROAD, STE B<br>PALM HARBOR, FL 34684 | SURFACE MOUNT DISTRIB. INC<br>1 OLDFIELD<br>IRVINE, CA 92618-2809 |

| | | |
|---|---|---|
| T-Mobile USA Inc.<br>Bankruptcy Department<br>P.O. Box 53410<br>Bellevue, WA 98015-3410 | TECHNICAL CABLE CONCEPTS, INC.<br>350 LEAR AVENUE<br>COSTA MESA, CA 92626 | TECHNICAL MAINTENANCE, INC.<br>PO BOX 76010<br>ST PETERSBURG, FL 33734-6010 |
| Telecommunication & Data Systems<br>6 Brazil St.<br>Zamalek Cairo<br>EGYPT, | Tennessee Department of Revenue<br>Andrew Jackson Building<br>500 Deaderick Street<br>Nashville, TN 37242 | Texas Department of Revenue<br>Lyndon B. Johnson State Office Building<br>111 E. 17th Street<br>Austin, TX 78774 |
| Texas Secretary of State<br>Corporation Section<br>James E. Rudder Building<br>1019 Brazos<br>Austin, TX 78701 | THERMOSPRAY<br>1661-D W. UNIVERSITY PKWY<br>SARASOTA, FL 34243-2732 | TI-TONE COMMUNICATIONS, INC.<br>36-29 MAIN STREET 2ND FLOOR<br>FLUSHING, NY 11354 |
| TOUCHSTONE TECHNOLOGIES<br>1500 INDUSTRY ROAD, SUITE H<br>HATFIELD, PA 19040 | TRITEC DISTRIBUTION SERVICE<br>1045 EAGON STREET<br>BARBERTON, OH 44203 | TRULY NOLEN PEST CONTROL<br>4842 N FLORIDA AVE., 2ND FL<br>TAMPA, FL 33603 |
| TRYCOM COMPONENTS, INC.<br>915 HARBOR LAKE CT., SUITE B<br>SAFETY HARBOR, FL 34695 | TTI Florida<br>2441 Northeast Pkwy.<br>Fort Worth, TX 76106-1816 | ULTRATECH INC.<br>251 COVINGTON DRIVE<br>Bloomingdale, IL 60108 |
| UNITED HEALTHCARE INSURANCE CO<br>22703 NETWORK PLACE<br>CHICAGO, IL 60673-1227 | UNIVERSAL FIRE SYSTEMS<br>374 HOBBS ROAD<br>TAMPA, FL 33619 | UNIVERSAL INSTRUMENT CORP.<br>CHURCH STREET STATION<br>P.O. BOX 6459<br>NEW YORK, NY 10249-6459 |
| UNIVERSAL SEMICONDUCTOR, INC.<br>2775 WEST CYPRESS CREEK ROAD<br>FORT LAUDERDALE, FL 33309 | UPS<br>P O BOX 533238<br>CHARLOTTE, NC 28290-3238 | UPS Supply<br>28013 Network Place<br>Chicago, IL 60673 |
| Utah Division of Corporations<br>160 East 300 South, 2nd Floor<br>Salt Lake City, UT 84114 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-0180 | VANGUARD CLEANING SYSTEMS<br>2571 N TOLEDO BLADE BLVD<br>SUITE 2<br>NORTH PORT, FL 34289 |
| VASCO DATA SECURITY<br>1901 S MEYERS ROAD<br>OAK BROOK TERRACE, IL 60181-5243 | Vazquez, Michael E<br>235 Bay 11th St<br>Brooklyn, NY 11228 | VELA RESEARCH LP<br>5540 RIO VISTA DRIVE<br>CLEARWATER, FL 33760-3107 |
| Verizon Wireless, LLC<br>Bankruptcy Department<br>404 Brock Drive<br>Bloomington, IL 61701 | Virginia Department of Taxation<br>3600 West Broad Street<br>Richmond, VA 23230-4915 | VISUAL AUTOMATION INC.<br>P.O. BOX 502<br>GRAND LEDGE, MI 48837-0502 |

Edward Walsh
c/o Bruce Menken, Esq.
80 Pine St., 33rd Floor
New York, NY 10005

Walsh, Edward
5934 Catalpa Ave
Ridgewood, NY 11385

Washington State Department of Revenue
Olympia, WA 98504

Waste Management Inc. of Florida
6120 21st St. E.
Bradenton, FL 34203-0058

WEATHER WISE CONDITIONING CORP
333 STAGG STREET
BROOKLYN, NY 11206-1701

Weaver, John W
20007 53rd Ave
Oakland Gardens, NY 11364

Wells Fargo Capital Finance, Inc.
fka Wells Fargo Foothill, Inc.
One Boston Place, #1800
Boston, MA 02108

Wells Fargo Capital Finance, Inc.
c/o Robert Davidson, Esq.
1000 Wilshire Blvd., #1500
Los Angeles, CA 90017

Wells Fargo Capital Finance, Inc.
fka Wells Fargo Foothill, Inc.
2450 Colorado Ave., #3000W
Santa Monica, CA 90404

WELLS FARGO FINANCIAL LEASING
P.O. BOX 6434
CAROL STREAM, IL 60197-6434

WEST FLORIDA SUPPLY CO.
1184 N WASHINGTON BLVD
SARASOTA, FL 34236-3402

WILLIAMS PARKER
200 SOUTH ORANGE AVENUE
SARASOTA, FL 34236

WIND RIVER SYSTEMS
P O BOX 7250
SAN FRANCISCO, CA 94120-7250

Wint, Patrick Dudley
1118 Essex St
Brooklyn, NY 11239

WISE SOFTWARE SOLUTIONS, INC.
2700 E. 9TH STREET
SUITE 100
NEWBERG, OR 97132-3559

WURTH ELECTRONICS MIDCOM, INC.
121 AIRPORT DRIVE
WATERTOWN, SD 57201

XEROX CORPORATION
P O BOX 650361
DALLAS, TX 75265-0361