B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   __Teltronics, Inc.__                                        Case No.   _____

                                               Debtor(s)                      Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| DELCO ELECTRICAL CORP.<br>766 5TH AVENUE<br>BROOKLYN, NY 11232-1619 | DELCO ELECTRICAL CORP.<br>766 5TH AVENUE<br>BROOKLYN, NY 11232-1619 | | | 480,702.10 |
| GHT CO. LTD<br>16 NANYUNYI LU<br>GUANGZHOU SCIENCE CITY<br>CHINA   00051-0663 | GHT CO. LTD<br>16 NANYUNYI LU<br>GUANGZHOU SCIENCE CITY<br>CHINA   00051-0663 | | | 437,069.90 |
| ARROW ELECTRONICS<br>P O BOX 951597<br>DALLAS, TX 75395-1597 | ARROW ELECTRONICS<br>P O BOX 951597<br>DALLAS, TX 75395-1597 | | | 395,642.51 |
| WEATHER WISE CONDITIONING<br>CORP<br>333 STAGG STREET<br>BROOKLYN, NY 11206-1701 | WEATHER WISE CONDITIONING<br>CORP<br>333 STAGG STREET<br>BROOKLYN, NY 11206-1701 | | | 367,589.00 |
| DATACOMM CONSULTING GROUP<br>1276 CASTLETON AVE<br>STATEN ISLAND, NY 10301-1718 | DATACOMM CONSULTING GROUP<br>1276 CASTLETON AVE<br>STATEN ISLAND, NY 10301-1718 | | | 220,282.50 |
| STARCOM COMM SERVICES, INC.<br>41 CENTRAL DRIVE<br>FARMINGDALE, NY 11735 | STARCOM COMM SERVICES, INC.<br>41 CENTRAL DRIVE<br>FARMINGDALE, NY 11735 | | | 200,493.06 |
| AVNET EMG<br>P O BOX 847722<br>DALLAS, TX 75284-7722 | AVNET EMG<br>P O BOX 847722<br>DALLAS, TX 75284-7722 | | | 175,341.79 |
| EXPERTEL COMMUNICATIONS, LTD<br>19915 23rd AVENUE<br>WHITESTONE, NY 11357-4123 | EXPERTEL COMMUNICATIONS, LTD<br>19915 23rd AVENUE<br>WHITESTONE, NY 11357-4123 | | | 146,629.38 |
| SAT UTILITY CONTRACTING LLC<br>7318 69 PLACE<br>GLENDALE, NY 11385 | SAT UTILITY CONTRACTING LLC<br>7318 69 PLACE<br>GLENDALE, NY 11385 | | | 135,474.04 |
| New York City Dept. of Finance<br>345 Adams St.<br>Brooklyn, NY 11201 | New York City Dept. of Finance<br>345 Adams St.<br>Brooklyn, NY 11201 | | | 130,954.05 |
| Gulfcoast Property No. 1, LLC<br>Attn: Hugh Miller, Member<br>1200 1st Ave. W., #200<br>Bradenton, FL 34205 | Gulfcoast Property No. 1, LLC<br>Attn: Hugh Miller, Member<br>1200 1st Ave. W., #200<br>Bradenton, FL 34205 | | | 121,721.73 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Teltronics, Inc.**
_____
Debtor(s)

Case No.   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| GM DATA COMMUNICATIONS INC<br>48 WOODBINE COURT<br>FLORAL PARK, NY 11001-2718 | GM DATA COMMUNICATIONS INC<br>48 WOODBINE COURT<br>FLORAL PARK, NY 11001-2718 | | | 117,003.50 |
| ACTIVE SALES ASSOC, INC<br>7411 114TH AVE. NORTH ST 313<br>LARGO, FL 33773-5127 | ACTIVE SALES ASSOC, INC<br>7411 114TH AVE. NORTH ST 313<br>LARGO, FL 33773-5127 | | | 110,188.54 |
| CBIZ Kirkland, Russ, Murphy & Tapp<br>13577 Feather Sound Dr, #400<br>Clearwater, FL 33762 | CBIZ Kirkland, Russ, Murphy & Tapp<br>13577 Feather Sound Dr, #400<br>Clearwater, FL 33762 | | | 103,000.00 |
| NETWORK<br>PO BOX 905419<br>CHARLOTTE, NC 28290-5419 | NETWORK<br>PO BOX 905419<br>CHARLOTTE, NC 28290-5419 | | | 78,467.04 |
| POWELL ELECTRONICS INC<br>200 COMMODORE DRIVE<br>LOGAN TOWNSHIP, NJ 08085-1270 | POWELL ELECTRONICS INC<br>200 COMMODORE DRIVE<br>LOGAN TOWNSHIP, NJ 08085-1270 | | | 72,014.00 |
| Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206 | Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34206 | | | 60,780.18 |
| EPSTEIN BECKER & GREEN, P.C.<br>250 PARK AVE<br>NEW YORK, NY 10177-1211 | EPSTEIN BECKER & GREEN, P.C.<br>250 PARK AVE<br>NEW YORK, NY 10177-1211 | | | 58,445.00 |
| INNOVATIVE CIRCUITS INC<br>1095 WINDWARD RIDGE PKWY<br>SUITE 110<br>ALPHARETTA, GA 30005-1728 | INNOVATIVE CIRCUITS INC<br>1095 WINDWARD RIDGE PKWY<br>SUITE 110<br>ALPHARETTA, GA 30005-1728 | | | 55,948.00 |
| ANIXTER, INC.<br>P. O. BOX 847428<br>DALLAS, TX 75284-7428 | ANIXTER, INC.<br>P. O. BOX 847428<br>DALLAS, TX 75284-7428 | | | 51,882.67 |

B4 (Official Form 4) (12/07) - Cont.

In re   Teltronics, Inc.                                                         Case No.                  

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   6/24/11                    Signature                  

Ewen R. Cameron
President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.