UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
TELTRONICS, INC.,                                   Case No.8:11-bk-12150-KRM
             Debtor.                                   Chapter 11
_____/

# AMENDED[1] NOTICE OF APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      DONALD F. WALTON, United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors of the Debtor who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1.   Steven Orlando                                                (718) 448-0807
     DataComm Consulting Group, Inc.
     1276 Castleton Avenue
     Staten Island, NY 10310-1718
     Steven_Orlando@datacommconsulting.com

2.   Martin A. Gavin, President                                    (631) 242-5000
     StarCom Communications Services, Inc.
     41 Central Drive
     Farmingdale, NY 11735-1201
     mgavin@starcomsvcs.com

3.   Antonio Jabrane, Owner                                        (718) 966-7133
     SAT Utility Contracting LLC
     73 Adirondack Drive
     Selden, NY 11784-3236
     Ajabrane@satcontracting.com

4.   Michael Gavin, President                                      (347) 996-7879
     Expertel Communication Ltd.
     199-15 23rd Avenue
     Whitestone, NY 11357-4123
     Ecl1984@aol.com

---

[1]Amended to delete Powell Electronics, Inc. and to correct scriveners' error.

5.      Mike Portoghese, RCDD                                        516 724-3667
        GM Data Communication, Inc.
        48 Woodbine Court
        Floral Park, NY 11001
        mportoghese@gmdatacom.com

6.      Alex Wu, Owner                                                  727-460-4273
        Active Sales Associates, Inc.
        7411 114th Avenue North, Suite 313
        Largo, FL 33773-5127
        pcbalex@gmail.com

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

        Dated June 30, 2011.

                                              Respectfully submitted,
                                              DONALD F. WALTON
                                              United States Trustee-Region 21

                                              By: */s/ Denise E. Barnett, Esq.*
                                              Denise E. Barnett, Esq., Trial Attorney
                                              Fla. Bar No. 0090610
                                              501 East Polk Street, Suite 1200
                                              Tampa, FL  33602
                                              (813) 228-2000;  (813) 228-2303-facsimile
                                              denise.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing *Amended Notice of Appointment of Official Committee of Unsecured Creditors* has been served either electronically through the CM/ECF Electronic Mail System or by United States Mail to Committee members listed above and the party listed below on or before **July 1, 2011.**

Charles A. Postler, Esq.
Stichter, Riedel, Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
cpostler.ecf@srbp.com


*/S/ Denise E. Barnett*
Trial Attorney