UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
TELTRONICS, INC.,                               Case No.8:11-bk-12150-KRM
       Debtor.                              Chapter 11
_____/

**SECOND AMENDED[1] NOTICE OF
APPOINTMENT OF THE OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

    DONALD F. WALTON, United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors of the Debtor who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1.    John DeLuca, President    (718) 965-9801
    Delco Electrical Corp.
    766 5th Avenue
    Brooklyn, NY 11232
    JdeLuca@DelcoElectric.net

2.    Steven Orlando, President    (718) 448-0807
    DataComm Consulting Group, Inc.
    1276 Castleton Avenue
    Staten Island, NY 10310-1718
    Steven_Orlando@datacommconsulting.com

3.    Martin A. Gavin, President    (631) 242-5000
    StarCom Communications Services, Inc.
    41 Central Drive
    Farmingdale, NY 11735-1201
    mgavin@starcomsvcs.com

4.    Antonio Jabrane, Owner    (718) 966-7133
    SAT Utility Contracting LLC
    73 Adirondack Drive
    Selden, NY 11784-3236
    Ajabrane@satcontracting.com

---

[1]     Second Amended Notice adds Delco Electrical Corp. as a Committee member.

| | | |
|---|---|---|
| 5. | Michael Gavin, President<br>Expertel Communication Ltd.<br>199-15 23rd Avenue<br>Whitestone, NY 11357-4123<br>Ecl1984@aol.com | (347) 996-7879 |
| 6. | Mike Portoghese, RCDD<br>GM Data Communication, Inc.<br>48 Woodbine Court<br>Floral Park, NY 11001<br>mportoghese@gmdatacom.com | 516 724-3667 |
| 7. | Alex Wu, Owner<br>Active Sales Associates, Inc.<br>7411 114th Avenue North, Suite 313<br>Largo, FL 33773-5127<br>pcbalex@gmail.com | 727-460-4273 |

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

Dated July 5, 2011.

Respectfully submitted,
DONALD F. WALTON
United States Trustee-Region 21

By: */s/ Denise E. Barnett, Esq.*
Denise E. Barnett, Esq., Trial Attorney
Fla. Bar No. 0090610
501 East Polk Street, Suite 1200
Tampa, FL 33602
(813) 228-2000; (813) 228-2303-facsimile
denise.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Amended Notice of Appointment of Official Committee of Unsecured Creditors* has been served either electronically through the CM/ECF Electronic Mail System or by United States Mail to Committee members listed above and the party listed below on or before **July 6, 2011.**

Charles A. Postler, Esq.
Stichter, Riedel, Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
cpostler.ecf@srbp.com


*/S/ Denise E. Barnett*
Trial Attorney