

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/21/2011 02:30 PM

COURTROOM 9B

**HONORABLE K. MAY**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 8:11-bk-12150-KRM  11 | 06/27/2011 |

**Chapter 11**

**DEBTOR:** Teltronics, Inc.

**DEBTOR ATTY:**

**TRUSTEE:** NA

**HEARING:**

1 - DISCLOSURE HEARING
Objection by FGC Holdings, Doc. #187
2 - Emergency Motion for Entry of an Order (I) Approving the Sale of, and Bidding Procedures in Connection with the Sale of, the Equity Interests in Teltronics, Inc., (II) Approving Minimum Overbid Amount and a Break-Up Fee, (III) Approving Form and Manner of Notice of the Sale and Bidding Procedures, and (IV) Setting Objection Deadlines Filed by Charles A. Postler on behalf of Debtor Teltronics, Inc., doc. #185
*3 - Application for Payment of Administrative Expenses   Amount Requested: 10,031.25 Filed by Creditor Arrow Electronics Inc. Doc #48
*4 - Emergency Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Elena P Ketchum on behalf of Debtor Teltronics, Inc.   (Ketchum, Elena) Doc #177
MOVANT TO NOTICE
*5 - Emergency Motion for (A) Extension of Period of Debtor's Exclusive Right to File Disclosure Statement and Plan of Reorganization and to Solicit Acceptances and (B) Rescheduling Confirmation Hearing Filed by Elena P Ketchum on behalf of Debtor Teltronics, Inc.   (related document(s)[145]), Doc #192
MOVANT TO NOTICE
~6 - Emergency Motion to Extend Milestones in Final DIP Financing Order and to Continue Hearing on Disclosure Statement Filed by Elena P Ketchum on behalf of Debtor Teltronics, Inc.   (related document(s)[145], [155]), Doc #194
MOVANT TO NOTICE
7 - AMENDED APPLICATION TO EMPLOY BARRY E. MUKAMAL OF MARCUM LLP AS FINANCIAL ADVISOR BY THE COMMITTEE, DOC. #119
(CONT'D FROM 9/1/11)

**APPEARANCES::**

Charles Postler, Elena Ketchum, Denise Barnett, Frank Terzo, Donald Kirk, Al Gomez, Ed Rice, Matthew MacLay, Bill Brody and John Leonard. **RULING:**
1 - DISCLOSURE HEARING

Objection by FGC Holdings, Doc. #187

2 - Emergency Motion for Entry of an Order (I) Approving the Sale of, and Bidding Procedures in Connection with the Sale of, the Equity Interests in Teltronics, Inc., (II) Approving Minimum Overbid Amount and a Break-Up Fee, (III) Approving Form and Manner of Notice of the Sale and Bidding Procedures, and (IV) Setting Objection Deadlines Filed by Charles A. Postler on behalf of Debtor Teltronics, Inc., doc. #185

3 - Application for Payment of Administrative Expenses   Amount Requested: 10,031.25 Filed by Creditor Arrow Electronics Inc. Doc #48 - Cont'd to 11/10/2011 at 3:30 pm; order/notice by Postler.

4 - Emergency Motion to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Elena P Ketchum on behalf of Debtor Teltronics, Inc.   (Ketchum, Elena) Doc #177 - Granted; order by Postler.

5 - Emergency Motion for (A) Extension of Period of Debtor's Exclusive Right to File Disclosure Statement and Plan of Reorganization and to Solicit Acceptances and (B) Rescheduling Confirmation Hearing Filed by Elena P Ketchum on behalf of Debtor Teltronics, Inc.   (related document(s)[145]), Doc #192 - Granted; order by Postler.

6 - Emergency Motion to Extend Milestones in Final DIP Financing Order and to Continue Hearing on Disclosure Statement Filed by Elena P Ketchum on behalf of Debtor Teltronics, Inc.   (related document(s)[145], [155]), Doc #194

7 - AMENDED APPLICATION TO EMPLOY BARRY E. MUKAMAL OF MARCUM LLP AS FINANCIAL ADVISOR BY THE COMMITTEE, DOC. #119

(CONT'D FROM 9/1/11) - Granted nunc pro tunc; order by Solomon.

Items 1, 2 and 6 - cont'd to 11/10/2011 at 3:30 pm; announced in open court, no further notice to be given.

NOTE - Status conference set for 10/28/2011 at 11:00 am; announced in open court, no further notice to be given.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>