# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                               Chapter 11

TELTRONICS, INC.,                                    Case No. 8:11-bk-12150-KRM

_____Debtor._____/

## ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR (A) EXTENSION OF PERIODS OF DEBTOR'S EXCLUSIVE RIGHT TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES AND (B) RESCHEDULING CONFIRMATION HEARING

THIS CASE came on for hearing before the Court on October 21, 2011, at 2:30 p.m. (the "**Hearing**"), upon the Debtor's Emergency Motion for (A) Extension of Periods of Debtor's Exclusive Right to File Disclosure Statement and Plan of Reorganization and to Solicit Acceptances and (B) Rescheduling Confirmation Hearing [Doc. No. 192] (the "**Motion**").[1] No objection was filed to the Motion or raised at the Hearing. The Court finds that due and sufficient notice of the Motion was provided to: (i) the Office of the United States Trustee for the Middle District of Florida, and (ii) all parties set forth on the Local Rule 1007-2 Parties in Interest List for this case, and that no other or further notice is necessary and such notice was adequate and sufficient and complied with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court. The Court considered the Motion, together with the record and the arguments of counsel at the Hearing, and being otherwise duly

---

1   Unless otherwise indicated, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

advised in the premises, and for the reasons announced on the record at the Hearing, finds that the Motion shall be granted as set forth below. Accordingly, it is

**ORDERED**:

1. The Motion is GRANTED to the extent set forth below.

2. The Debtor's exclusive right to file a plan of reorganization, including any amendment(s) to its plan already on file with the Court (hereinafter, the "**Plan**"), under 11 U.S.C. §§1121(b) and (c)(2) is extended for a period of thirty (30) days from October 25, 2011 through and including November 24, 2011. Thus, only the Debtor may file a Plan through that date.

3. If the Debtor files a Plan (including any amendment(s) to the Plan) on or before November 24, 2011, then the Debtor shall continue to have the exclusive right to obtain acceptances of any such filed Plan under 11 U.S.C. §1121(c)(3) through and including January 23, 2012.

4. This Order is without prejudice to the right of the Debtor to seek further extensions of the time within which it has the exclusive right to file a Plan and to obtain acceptances of any such filed Plan.

5. Any motion of the Debtor seeking a further extension of its exclusive right to file a Plan and to obtain acceptances of any such filed Plan shall be filed with the Court by no later than November 24, 2011.

6. The Court shall reschedule the confirmation hearing currently scheduled for November 28, 2011, at 9:30 a.m., as deemed appropriate at a future date by separate order.

**DONE** AND **ORDERED** in Chambers at Tampa, Florida, on October 28, 2011.

K. RODNEY MAY
United States Bankruptcy Judge

Copies to be provided by CM/ECF Service